**Louise SWAN, et al., Appellant,**

v.

**Connie INGERSOLL, Defendant,**

**Randall Lammers, Respondent.**

**No. WD 71252.**

Missouri Court of Appeals,
Western District.

April 13, 2010.

■

**Kaylin BOLT, Appellant,**

v.

**Gene GIORDANO, Respondent,**

**and**

**John Shelter, Defendant.**

**No. ED 93121.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 20, 2010.

Lyle L. Odo, for Appellant.

Timothy D. Tipton, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and GARY D. WITT, Judge.

### *ORDER*

PER CURIAM:

Louise Swan appeals the judgment of the trial court disbursing settlement proceeds between her attorney, Lyle Odo, and a judgment creditor, Randall Lammers. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.